**DELTATRAK, INC., Plaintiff–Appellant,**

v.

**MONITOR TEMPERATURE RECORDING CO., Defendant–Appellee.**

**No. 02–1287.**

United States Court of Appeals, Federal Circuit.

Nov. 12, 2002.

Before MAYER, Chief Judge, RADER and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Jesse V. MYERS, Petitioner,**

v.

**DEPARTMENT OF AGRICULTURE, Respondent.**

**No. 01–3343.**

United States Court of Appeals, Federal Circuit.

Nov. 12, 2002.

Before MAYER, Chief Judge, RADER and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.